THE CITY OF PAOLA *et al.* V. PAUL RUSSELL *et al.*

No. 14,751 (89 Pac. 651.)

MUNICIPAL CORPORATIONS—*Special Tax for Improvements—Injunction.* It was said that one whose property has been benefited by the construction of a sewer ought in fairness to bear some part of the cost, and in this case no reason appeared why plaintiff should not be denied relief in a suit to enjoin the collection of the special tax.

Error from Miami district court; WINFIELD H. SHELDON, judge. Opinion filed March 9, 1907. Reversed.

*B. T. Riley,* city attorney, and *J. E. Maxwell,* for plaintiffs in error.

*Per Curiam:* H. C. Hanna and four other property owners brought a suit against the city of Paola to enjoin the collection of a special tax levied to pay for the construction of a sewer, and obtained a judgment granting them a permanent injunction, which the city seeks in this proceeding to reverse. Since the petition in error was filed a settlement has been effected between the city and all of the plaintiffs excepting Hanna, whose case stood upon a different footing. No appearance has been made in this court in behalf of Hanna, and we are not advised as to his precise contention. It appears, however, that his property has

been benefited by the improvement in question, and that upon any theory he ought in fairness to bear some part of the cost. He has neither paid nor offered to pay any of it. We see no reason why under the general rule he should not for this reason be denied all relief.

A reversal is therefore ordered, with directions to enter judgment against him.